FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 APR 20   AM 11 49

STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| LYDIA CORSI as personal representative of the ESTATE OF JACK CORSI,<br><br>Plaintiffs,<br><br>vs.<br><br>JENSEN FARM, a trade name; FRONTERA PRODUCE LTD; PRIMUS GROUP, INC., d/b/a PRIMUS LABS: WALMART STORES, INC. a Corporation; THE KROGER CO. d/b/a SMITH'S, and DOES 2-20,<br><br>Defendants.<br><br>FRONTERA PRODUCE LTD., a foreign corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>JENSEN FARMS; a foreign partnership PRIMUS GROUP, INC., a foreign corporation, d/b/a "PrimusLabs,"<br>BIO FOOD SAFETY, INC., a foreign corporation, PEPPER EQUIPMENT CORP., a foreign corporation,<br><br>Third-Party Defendants. | 12-CV-052 |

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Court, having considered the Stipulation for Dismissal with Prejudice entered into by attorneys for the Plaintiff, Lydia Corsi, as personal representative of the estate of Jack Corsi, and Defendants The Kroger Co. d/b/a Smith's, Frontera Produce, LTD., and third party plaintiff Frontera Produce, LTD., third party defendants Jensen Farms, Primus Group, Inc., and Pepper Equipment, Corp. and noting that summons was returned served on third party defendant Bio Food Safety, Inc., however no answer or entry of appearance by counsel was placed on file and the Court being fully advised;

**ORDERS** that the above-captioned civil action, is hereby dismissed with prejudice.

DATED this 20th day of April, 2015.

_____
UNITED STATES JUDGE